WERNER NYGREN, RESPONDENT, v. BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF HUDSON, APPELLANT.

Submitted December 8, 1913—Decided June 15, 1914.

On appeal from the Hudson Circuit Court.

For the appellant, *Thomas G. Haight.*

For the respondent, *Maximilian T. Rosenberg.*

PER CURIAM.

This case is controlled by the views expressed in the case of Webster *v.* Freeholders, at the present term, *ante p.* 256.

For the reasons given in the opinion in that case, the present judgment will be affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, WHITE, HEPPENHEIMER, JJ.   13.

*For reversal*—None.